UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Eric Krieg</u>

    v.                                            Case No. 22-cv-533-JL-AJ

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 13, 2024.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: June 30, 2025

cc:   Eric King, pro se
       Matthew Hunter, AUSA